IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARCHIE A. MARTINEZ,                                    No. CIV S-09-0680-CMK-P

        Plaintiff,

    vs.                                                              ORDER

G. HOOVER, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On July 1, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Sylvia Garcia was returned unexecuted because "per facility retired; no longer employed." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal. Plaintiff is cautioned that failure to effect service may result in the

1

1  dismissal of unserved defendants.  See Fed. R. Civ. P. 4(m).

2              Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek

3  additional information sufficient to effect service on any unserved defendants and notify the court

4  once such information is ascertained.

 DATED:  September 14, 2010

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE