**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ARCHIE A. MARTINEZ,                                No. 2:09-CV-0680-KJM-CMK-P

       Plaintiff,

   vs.                                                              <u>ORDER</u>

G. HOOVER, et al.,

       Defendants.

_____/

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On August 28, 2012, the court ordered plaintiff to pay to defendants, through their counsel, $3,503.96 as sanctions.  The order is clarified in that such sanctions are required to be paid within 30 days of the date of this order.  Failure to comply could result, on proper motion, in dismissal of the action as a further sanction.

      IT IS SO ORDERED.


DATED:  August 31, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1