IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE A. MARTINEZ, | No. 09-cv-0680-KJM-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| G. HOOVER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a document docketed as objections to the undersigned findings and recommendations (Doc. 92). However, a review of this document reveals it is not signed, nor does it respond to the issues raised in the findings and recommendations. Plaintiff was previously cautioned about filing documents without his signature. As this document is not signed, in violation of Federal Rule of Civil Procedure Rule 11 and Local Rule 131(b), the document will be stricken from the docket.

To the extent plaintiff is attempting to renew his request for counsel, that request has been denied and plaintiff makes no additional showing in the one page document that was filed.

Plaintiff was ordered to file a status report on or before August 25, 2016.  As he failed to do so within the time provided, the undersigned issued findings and recommendations that this action be dismissed for failure to prosecute.  In response, plaintiff filed a request for additional time to respond in order to allow a fellow inmate to review the case.  This request was granted and plaintiff was ordered to file his status report on or before November 11, 2016.  Again no response was received by the court.  On November 22, 2016, the undersigned again issued findings and recommendations that this action be dismissed for failure to prosecute.

The only thing plaintiff was required to file was a status report indicating whether this case was ready for dispositive motion deadlines, or whether there was still outstanding discovery.  There was nothing of any substance required to be filed.  Plaintiff has had sufficient time to respond both before and since his latest filing, but has failed to do so.  He fails to make any showing that additional time will produce any better response.  To the extent he is requesting additional time, that request is also denied.

Accordingly, IT IS HEREBY ORDERED that the document docketed as objections to findings and recommendations (Doc. 92) is stricken as unsigned in violation of Rule 11.

DATED:  March 27, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE