UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARCHIE A. MARTINEZ,

    Plaintiff,

v.

G. HOOVER, et al.,

    Defendant.

No. 2:09-cv-0680-KJM-CMK

**ORDER**

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On November 22, 2016, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within a specified time. ECF No. 91. On December 12, 2016, plaintiff filed objections to the findings and recommendations. ECF No. 92. By order filed March 28, 2017, the magistrate judge directed the objections stricken. ECF No. 93.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case including, good cause appearing, plaintiff's objections filed December 12, 2016. Having reviewed the file, the court declines to adopt the findings and recommendations. Instead, this matter is referred to Sujean Park, Pro Bono

1

Coordinator for the Eastern District of California, to seek the voluntary assistance of counsel for plaintiff for the limited purpose of representing plaintiff at a settlement conference to be set by subsequent court order. This matter will be stayed until after the conclusion of settlement proceedings.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 22, 2016, are not adopted;
2. This matter is referred to Sujean Park, Pro Bono Coordinator for the Eastern District of California, to seek the voluntary assistance of counsel for plaintiff for the limited purpose of representing plaintiff at a settlement conference to be set by subsequent court order; and
3. This matter is stayed except for appointment of counsel and setting of a court-convened settlement conference until after the conclusion of settlement proceedings.

DATED: June 15, 2017.

UNITED STATES DISTRICT JUDGE