IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARCHIE A. MARTINEZ, | No. 09-cv-0680-KJM-CMK-P |
|---|---|
| Plaintiff, | |
| vs. | ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |
| G. HOOVER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. David R. Johanson has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for the limited purpose of settlement and he has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. David R. Johanson is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. David R. Johanson's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel. If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing new counsel for plaintiff, if the court deems such appointment appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon David R. Johanson, Hawkins Parnell Thackston & Young LLP, 1776 Second St., Napa, CA 94559.
5. The Clerk of the Court is directed to serve a copy of this order on plaintiff at his address of record and at California State Prison-Los Angeles County, 44750 60th Street West, Lancaster, CA 93536-7620.

DATED: July 6, 2017.

UNITED STATES DISTRICT JUDGE