1 XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
3 JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
4  1300 I Street, Suite 125
 P.O. Box 944255
5  Sacramento, CA  94244-2550
 Telephone:  (916) 324-6421
6  Facsimile:  (916) 324-5205
 E-mail: Jaime.Ganson@doj.ca.gov
7 *Attorneys for CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

**ARCHIE MARTINEZ**,

Plaintiff,

v.

**G. HOOVER, et al.**,

Defendants.

Case No. 2:09-cv-00680-KJM-CMK-P

**STIPULATION FOR DISMISSAL AND SUBSTITUTION OF PARTIES**

The parties stipulate to dismiss Defendants Akintola, Blim, Hoover, Morton, Olivas, and Standford from this action, and substitute the California Department of Corrections and Rehabilitation as the sole Defendant.

Dated: October 18, 2017   /s/ *D. R. Johanson*

David R. Johanson
Hawkins Parnell Thackston & Young LLP

October 18, 2017   /s/ *Jaime M. Ganson*

Jaime M. Ganson
Deputy Attorney General
California Attorney General's Office
*Attorney for CDCR*

1

**It is so Ordered.**

October 18, 2017 /s/ KENDALL J. NEWMAN
Kendall Newman
U.S. Magistrate Judge

SA2010302672/ 32953468.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:09-cv-00680-KJM-CMK-P)